**\*\* E-filed April 21, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELA R. CARNERO,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C11-01029 HRL<br><br>**ORDER REFERRING CASE TO JUDGE FOGEL FOR RELATED CASE DETERMINATION** |

The instant action is hereby referred to the judge presiding in <u>Carnero, et al. v. Washington Mutual (WAMU) Chase Bank, et al.</u>, No. C09-05330 JF, for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: April 21, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01029 HRL Notice will be electronically mailed to:**

David C. Scott                dscott@mccarthyholthus.com, csestak@mccarthyholthus.com
Rachel Suzanne Opatik         ropatik@mccarthyholthus.com, csestak@mccarthyholthus.com

**Notice will be provided by other means to:**

Gabriela R. Carnero
1591 Willowgate Drive
San Jose, CA 95118

Swazi Elkanzi Taylor
Taylor Mortgage Lawyers
16 N. Marengo Avenue
Suite 707
Pasadena, CA 91101

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2