**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10                                              No. C 11-01029 WHA

11    GABRIELA R. CARNERO,

12              Plaintiff,

                                                **ORDER TO SHOW CAUSE**
13       v.                                     **AND VACATING HEARINGS**

14    FEDERAL HOME LOAN MORTGAGE
      CORPORATION, J.P. MORGAN CHASE, dba
15    WASHINGTON MUTUAL F.S.B., CHASE HOME
      FINANCE LLC, QUALITY LOAN SERVICE
16    CORPORATION, and DOES 1–20, inclusive,

17              Defendants.
                                                           /
18

19          On September 27, 2011, this action was reassigned to the undersigned judge. On October

20    21, 2011, defendants JP Morgan Chase Bank, N.A., Chase Home Finance, LLC, and Federal

21    Home Loan Mortgage Corporation, renoticed their motion to dismiss the first amended complaint

22    and their motion to expunge recorded lis pendens. Pursuant to Civil Local Rule 7-3, plaintiff's

23    opposition or statement of non-opposition to each motion was due November 4. Plaintiff did not

24    file an opposition or statement of non-opposition to either motion. Accordingly, *pro se* plaintiff

25    Gabriela Carnero is hereby **ORDERED TO SHOW CAUSE** why the motion to dismiss the first

26    amended complaint and the motion to expunge recorded lis pendens should not be granted for

27

28

failure to oppose.  Plaintiff Carnero must file a written response to this order by **DECEMBER 8, 2011**.  If no response is filed or if good cause is not shown, then the motions may be granted.  The motion hearings previously set for December 8, are **VACATED**.

**IT IS SO ORDERED.**

Dated:  November 17, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2