IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIELA R. CARNERO,

    Plaintiff,

  v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., CHASE HOME FINANCE LLC, QUALITY LOAN SERVICE CORPORATION, and DOES 1–20, inclusive,

    Defendants.

No. C 11-01029 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARINGS**

On September 27, 2011, this action was reassigned to the undersigned judge. On October 21, 2011, defendants JP Morgan Chase Bank, N.A., Chase Home Finance, LLC, and Federal Home Loan Mortgage Corporation, renoticed their motion to dismiss the first amended complaint and their motion to expunge recorded lis pendens. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to each motion was due November 4. Plaintiff did not file an opposition or statement of non-opposition to either motion. Accordingly, *pro se* plaintiff Gabriela Carnero is hereby **ORDERED TO SHOW CAUSE** why the motion to dismiss the first amended complaint and the motion to expunge recorded lis pendens should not be granted for

failure to oppose. Plaintiff Carnero must file a written response to this order by **DECEMBER 8, 2011**. If no response is filed or if good cause is not shown, then the motions may be granted. The motion hearings previously set for December 8, are **VACATED**.

**IT IS SO ORDERED.**

Dated:  November 17, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE