United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA R. CARNERO,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., CHASE HOME FINANCE LLC, QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.,<br><br>   Defendants.<br>                                                                  / | No. C 11-01029 WHA<br><br>**ORDER FINDING GOOD CAUSE SHOWN AND SETTING BRIEFING AND HEARING SCHEDULE** |

An order to show cause issued on November 17, 2011 (Dkt. No. 43). *Pro se* plaintiff was ordered to show cause why defendants' motion to dismiss the first amended complaint and motion to expunge lis pendens should not be granted for failure to oppose. Plaintiff responded explaining her failure to file response briefs and submitted an opposition to the motion to dismiss. Good cause having been found, a new briefing and hearing schedule will be set for both motions.

On December 1, 2011, defendant Mortgage Electronic Registration Services, Inc. submitted a notice of joinder to the motion to dismiss filed by JP Morgan Chase Bank, N.A., Chase Home Finance, LLC, and Federal Home Loan Mortgage Corporation (Dkt. No. 47). In light of the recent joinder, plaintiff will be permitted to file an amended opposition to the motion to dismiss by **DECEMBER 27, 2011**.

Although the caption of the opposition brief submitted along with plaintiff's response to the order to show cause states that it is plaintiff's opposition to the motion to dismiss and the motion to expunge lis pendens, the introduction to the brief states that it is the opposition to the motion to dismiss and the brief does not appear to address the motion to expunge lis pendens. Plaintiff will be permitted to file a separate opposition to the motion to expunge lis pendens or clearly state that her opposition to the motion to dismiss is also intended to be her opposition to the motion to expunge lis pendens. This filing shall be due **DECEMBER 27, 2011**. The reply brief(s) shall be due in accordance with Civil Local Rule 7-3(c). The hearing for the motion to dismiss and motion to expunge lis pendens is set for **8 A.M. ON JANUARY 19, 2012**.

**IT IS SO ORDERED.**

Dated: December 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE