United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIELA R. CARNERO,

    Plaintiff,

  v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., CHASE HOME FINANCE LLC, QUALITY LOAN SERVICE CORPORATION, and DOES 1–20, inclusive,

    Defendants.

No. C 11-01029 WHA

**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

The Court is in receipt of plaintiff Gabriela Carnero's motion for leave to file a second amended complaint. Although the motion was not properly noticed as required by Civil Local Rule 7-2, a hearing date will be set for **8 A.M. ON MARCH 22, 2012**. Defendants' opposition shall be due **FEBRUARY 28, 2012**. The reply shall be due **MARCH 6**.

**IT IS SO ORDERED.**

Dated: February 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE