**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA R. CARNERO,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., CHASE HOME FINANCE LLC, QUALITY LOAN SERVICE CORPORATION, and DOES 1–20, inclusive,<br><br>  Defendants.<br>                                                                    / | No. C 11-01029 WHA<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

The Court is in receipt of plaintiff Gabriela Carnero's motion for leave to file a second amended complaint. Although the motion was not properly noticed as required by Civil Local Rule 7-2, a hearing date will be set for **8 A.M. ON MARCH 22, 2012**. Defendants' opposition shall be due **FEBRUARY 28, 2012**. The reply shall be due **MARCH 6**.

**IT IS SO ORDERED.**

Dated: February 14, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2