**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIELA R. CARNERO,

    Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, N.A. dba WASHINGTON MUTUAL F.S.B., CHASE HOME FINANCE LLC, QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1–20, inclusive,

    Defendants.

No. C 11-01029 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for leave to file a second amended complaint and dismissing all claims, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Federal Home Loan Mortgage Corporation, J.P. Morgan Chase Bank, N.A. dba Washington Mutual F.S.B., Chase Home Finance LLC, and Mortgage Electronic Registration Systems, Inc., and against plaintiff Gabriela R. Carnero. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: March 28, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE